IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARCIE MORGAN, as guardian *ad litum* on behalf of ALICIA MORGAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BEND-LA PINE SCHOOL DISTRICT; JOHN MAHONEY; DAN McNAIRY; and SHERRY BROOKE, each individually and in their official capacities,<br><br>    Defendants. | CV-07-173-ST<br><br>INTERIM ORDER |

STEWART, Magistrate Judge:

  For the purpose of allowing the parties to suspend any ongoing trial preparations, the Court issues this Interim Order: Defendants' Motion for Summary Judgment (docket #46) is GRANTED. A complete Opinion and Order will follow to explain in full the Court's rulings and rationale. Following issuance of that Opinion and Order, Judgment will be entered in favor of defendants, at which point the time for filing an appeal will begin to run.

  DATED this 30th day of October, 2008.

                /s/ Janice M. Stewart
                Janice M. Stewart
                United States Magistrate Judge

1 - INTERIM ORDER